UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:07-cv-01492 OWW DLB |
| | ) | |
| v. | ) | |
| | ) | |
| APPROXIMATELY $493,215 | ) | |
| IN U.S. CURRENCY | ) | ORDER REQUIRING THE |
| | ) | PARTIES TO SUBMIT |
| | ) | DISPOSITIONAL DOCUMENTS |
| Defendant | ) | |
| _____ | ) | |

The Court having been advised of settlement, the parties are advised to submit the dispositional documents in this matter on or before March 11, 2008. The scheduling conference currently scheduled for January 24, 2008 is hereby vacated as moot.

IT IS SO ORDERED.

**Dated:   January 22, 2008**               /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1